UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

YUTONG LI,

                     Petitioner,

v.

KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; et al.,

                     Respondents.

Case No.:  26cv1318-LL-DEB

**ORDER DISMISSING WITHOUT PREJUDICE PETITION FOR WRIT OF HABEAS CORPUS [ECF No. 1]**

On March 2, 2026, Petitioner Yutong Li filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. ECF No. 1 ("Pet."). This Court issued a briefing schedule. ECF No. 2. Respondents filed a Return on March 5, 2026. ECF No. 3. On February 25, 2026, Petitioner had already filed an identical Petition in case number 26cv1223-DMS-MMP. On March 5, 2026, Judge Sabraw in the previously filed case issued an order and a judgment has already been entered. In light of the duplicative filings, this Court **DISMISSES WITHOUT PREJUDICE** this action. The Clerk of Court shall enter a judgment dismissing this action without prejudice and closing the case file.

    **IT IS SO ORDERED.**

Dated:  March 9, 2026

Honorable Linda Lopez
United States District Judge

1

26cv1318-LL-DEB